UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMMY KIM BAE, | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-00150-RFB-NJK |
| vs. | ) ORDER DENYING MOTION |
| STEPHEN WYNN, | ) (Docket No. 55) |
| Defendant(s). | ) |

Currently pending before the Court is Plaintiff's "motion attacking sentence." Docket No. 55.[1] Plaintiff indicates that he is "motioning to attack the sentence to the FISA probe," *id.* at 1, and then provides roughly ten pages of rambling about his mental health issues and Defendant's purported mind-control operation, interspersed with citation to various rules, statutes and orders, *see id.* at 1-11. The Court is unable to discern the relief sought at this time by Plaintiff through this motion. Accordingly, the motion is hereby DENIED without prejudice.

IT IS SO ORDERED.

DATED: April 6, 2015

NANCY J. KOPPE
United States Magistrate Judge

---

[1] Plaintiff is proceeding *pro se* and the Court construes his filings liberally.