UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TOMMY KIM BAE,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHEN WYNN; WYNN RESORTS LIMITED,<br><br>        Defendants. | Case No. 2:14-cv-00150-RFB-NJK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On March 31, 2015, the Court issued an Order in this case dismissing Plaintiff Tommy Kim Bae's Complaint with leave to amend. ECF No. 53. In its Order, the Court stated that Bae "shall have 30 days from the date of this Order to file an Amended Complaint that addresses the deficiencies in his claims identified in this Order. If he does not do so within the time provided, this case will be dismissed with prejudice." Id. at 11.

Bae's deadline to amend his Complaint was April 30, 2015. To date, Bae has not filed an Amended Complaint, nor has he filed any papers which could be construed as an attempt to do so. The Court finds that granting further leave to amend would be futile and that dismissal of this case with prejudice is proper. Therefore,

**IT IS ORDERED** that this case is DISMISSED WITH PREJUDICE. The Clerk of Court is instructed to close this case.

DATED: August 3, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

2